UNITED STATES BANKRUPTCY COURT
Southern District of New York

------------------------------------------------X
In re:                                          : Case No. 95-40162 PCB
                                                :
ROKINA INTERNATIONAL, INC.,                     : **ORDER DIRECTING PAYMENT**
                                                :
                                Debtor.         : Fund 6047BK/6133BK
                                                : Unclaimed Dividends Transferred To
                                                : United States Treasury
------------------------------------------------X

**WHEREAS** the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that RICHARD CARMEN is entitled to an unclaimed dividend in the amount of $7,121.09.

**NOW** it is

**ORDERED,** that the United States Treasury, by check, pay to RICHARD CARMEN in the amount of $7,121.09 as such person's unclaimed dividend from FUND 6133BK/6047BK.

Dated: New York, NY
       July 29, 2008

/s/ STUART M. BERNSTEIN
_____
Bankruptcy Judge